UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR, | No. 2: 17-cv-1758 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| WONG, et al., | |
| Defendants. | |

On March 27, 2018, the U.S. Marshal filed documents demonstrating service of process on defendants Duncan and Wong. (ECF No. 16.) On April 3, 2018, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 17.) On April 27, 2018, defendants filed a request to opt out of the Post-Screening ADR Project. (ECF No. 19.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project is granted;

2. The stay in this action is lifted;

3. Defendants shall file a response to the amended complaint within thirty days of the date of this order.

Dated: May 4, 2018

Tay1758.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1